COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

SUFFOLK, ss.                                            CIVIL ACTION NO. 04-12384-RGS

| | |
|---|---|
| NEW ENGLAND INSULATION CO. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| ST. PAUL TRAVELERS | ) |
| | ) |
| Defendants | ) |
| | ) |

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

NOW COMES the Plaintiff and Defendant in the above-captioned matter and jointly move this Honorable Court for an order rescheduling the initial scheduling conference in the above-captioned matter.

In support thereof, counsel represents as follows:

1.  The initial scheduling conference by prior order of the Court is scheduled for Monday, May 16, 2005 at 4:00 p.m.

2.  The parties have had some preliminary discussions which may result in the instant matter being resolved without further involvement by the Court.

3.  The parties jointly request an additional period of time within which to explore a resolution of this matter.

4.  The parties would jointly request that the initial scheduling conference be rescheduled from May 16, 2005 at 4:00 p.m. to June 9, 2005 at 4:00 p.m., if convenient to the Court's schedule.

WHEREFORE, the parties jointly move this Honorable Court for an order continuing the initial scheduling conference from May 16, 2005 at 4:00 p.m. to June 9, 2005 at 4:00 p.m.

Respectfully submitted,
St. Paul Travelers
By their attorney

*Eric Bradford Hermanson*

Eric Bradford Hermanson, Esquire
Attorney for New England Insulation
B.B.O. No. 560256
Choate Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 248-5000

Respectfully submitted,
New England Insulation Co.
By their attorney

*James Michael Merberg*

James Michael Merberg, Esquire
Attorney for the St. Paul Travelers
B.B.O. No. 343020
66 Long Wharf
Boston, Massachusetts 02110
Tel. (617) 723-1990