UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
Clerk's Office
USDC, Mass.
Date 6/28/05
By M.P.
Deputy Clerk

NEW ENGLAND INSULATION CO., )
                             )
     Plaintiff,              )      Docket No. 04-12384-RGS
                             )
v.                           )
                             )
TRAVELERS CASUALTY AND       )
SURETY CO., AS SUCCESSOR TO  )
THE AETNA CASUALTY AND       )
SURETY CO.,                  )
                             )
     Defendants.             )

## JOINT STATEMENT (L.R. 16.1)

Plaintiff New England Insulation Company ("NEIC"), and Defendant Travelers Casualty and Surety Company ("Travelers"), formerly known as The Aetna Casualty and Surety Company ("Aetna"), and incorrectly sued as The St. Paul Travelers Companies, Inc., respectfully submit the following Joint Statement under D. Mass. Loc. R. 16.1.

### Joint Discovery Plan and Proposed Schedule for Filing of Motions

1.   **Fact Discovery.**  The parties' present belief is that fact discovery can be completed in nine months (270 days) from the date of the initial scheduling conference, i.e., by March 30, 2006.  The parties have discussed the possibility of phased discovery, and do not recommend that procedure at this time.

2.   **Expert Discovery.**  In view of the importance and complexity of the issues raised by the Complaint – which will turn, among other things, on Plaintiffs' attempt to reconstruct the limits and terms of insurance policies that are alleged to have been issued more than forty years ago – Travelers believes that an exchange of expert reports, and some period of expert discovery,

1

will be necessary at the close of the fact discovery period. Travelers respectfully suggests that the exchange of expert reports be scheduled to occur sixty days after the close of fact discovery, i.e., May 30, 2006; and that expert depositions be completed within sixty days thereafter, i.e., by July 30, 2006.

3. **Filing of Motions.** Travelers anticipates that it will wish to file a motion for summary judgment, with accompanying affidavits and supporting material, in this matter. Travelers suggests that its motion be due sixty days after the close of expert discovery, i.e., by September 30, 2006; and that Plaintiff's opposition, if any, be due thirty days thereafter, i.e., by October 30, 2006.

### Certifications

By their signatures below, counsel represent that they have conferred with their clients with respect to the budget for this litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs. The Plaintiff at this time declines to use the services of an alternative dispute resolution program. The Plaintiff would respectfully decline to agree to a trial before a Magistrate Judge.

| | |
|---|---|
| NEW ENGLAND INSULATION COMPANY | TRAVELERS CASUALTY AND SURETY COMPANY, INCORRECTLY SUED AS THE ST. PAUL TRAVELERS COMPANIES, INC., |
| /s/ James Michael Merberg | /s/ |
| James Michael Merberg (BBO # 343020) 66 Long Wharf Boston, Massachusetts 02110 Phone: (617) 723-1990 | John A. Nadas (BBO # 366200) Eric Bradford Hermanson (BBO # 560256) Choate, Hall & Stewart Exchange Place, 53 State Street Boston, Massachusetts 02109-2891 Phone: (617) 248-5000 |

Dated: June 23, 2005