UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND INSULATION CO., | ) |
| Plaintiff, | ) Docket No. 04-12384-RGS |
| v. | ) |
| TRAVELERS CASUALTY AND SURETY CO., AS SUCCESSOR TO THE AETNA CASUALTY AND SURETY CO., | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

As of Monday, August 1, 2005, the address of Choate, Hall & Stewart LLP, counsel for Travelers Casualty and Surety Company, will change to Two International Place, Boston, MA 02110. The phone and fax numbers and individual e-mail addresses of Travelers counsel will remain the same.

Respectfully submitted,

TRAVELERS CASUALTY AND SURETY COMPANY, INCORRECTLY SUED AS THE ST. PAUL TRAVELERS COMPANIES, INC.,

John A. Nadas (BBO # 366200)
Eric Bradford Hermanson (BBO # 560256)
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, Massachusetts 02109-2891
Phone: (617) 248-5000
Fax: (617) 248-4000

Dated: July 28, 2005