UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-13874

In Re:  DAVID T. DOYLE and )
       PATRICIA J. DOYLE, )
          Debtors )

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance in the above-captioned matter on behalf of the creditor, Baker, Braverman & Barbadoro, P.C.  I hereby request electronic notice of all filings in this matter.

Baker, Braverman & Barbadoro, P.C.,
By its attorney,

/s/
JONATHAN BRAVERMAN, ESQ.
BBO # 054740
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, Suite 108
Braintree, MA  02184
(781) 848-9610
jonathanb@bbbs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appearance and Request for Notice was served upon the following parties and/or creditors at the addresses below as specified this 1st day of July 2005.

/s/
JONATHAN BRAVERMAN, ESQ.
BBO # 054740
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, Suite 108
Braintree, MA  02184
(781) 848-9610
jonathanb@bbbs-law.com

**Served via first class mail:**

| | | |
|---|---|---|
| WM Specialty Mortgage LLC c/o Andrew S. Harmon, Esq. Richard T. Mulligan, Esq. Harmon Law Offices, P.C. P.O. Box 610389 Newton Highlands, MA  02461 | Amce 10/12 Delaware Drive Units 5-6 Salem, NH 03079 | Bristol Products 469 Wood Street Bristol, RI 02809 |
| ABB Lables 1010 East 18th Street Los Angeles, CA 90021 | AsMark Inc Rensselaer Tech Park 120 Defreest Drive Troy, NY 12180 | Capital Management Services 726 Exchange Street Suite700 Buffalo, NY 14210 |
| AT&T PO Box 2969 Omaha, NE 68103 | BCE PO Box 287 Derry, NH 03038 | Capital One C/O NCO Financial Systems Inc 296 Beinnington Street East Boston, MA 02128 |
| Airborne Express PO Box 91001 Seattle, WA 98111 | Brayden Sutphin PO Box 72074 Cleveland, OH 44192 | Capital One C/O NCO Financial Systems Inc PO Box 7590 Dept 64 Hampton, VA 23666 |

| | | |
|---|---|---|
| Capital One Bank<br>PO Box 85520<br>Richmond, VA 23285 | DeBourke Co.<br>14 Everberg Road<br>Woburn, MA 01801 | Fox Lamination<br>84 Custer Street<br>W. Hartford, CT 06110 |
| Chase Home Finance LLC<br>C/O Harmon Law Offices<br>PO Box 610389<br>Newton Highlands, MA 02461 | Direct TV<br>PO Box 78626<br>Phoenix, AZ 85062 | GE Capital Cons Cardco<br>PO Box 960061<br>Orlando, FL 32896 |
| Cingular Wireless<br>C/O GBCS<br>PO Box 4203<br>New Bedford, MA 02741 | Dun & Bradstreet<br>PO Box 5472<br>Mt Laurel, NJ 08054 | HA Metzger Inc<br>550 Grand Street<br>Jersey City, NJ 07302 |
| Citizens Bank<br>1 Citizens Drive<br>Riverside, RI 02915 | Epaper C/O Johnson, Morgan & White<br>South Trust Bank Bldg<br>5300 West Atlantic Ave<br>Del Ray Beach, FL 33484 | Jet Label<br>Core Recovery<br>424 East Front Street<br>Traverse City, MI 49686 |
| Consolidated Business Products<br>171 Commonwealth Ave<br>Suite 1<br>Attleboro Falls, MA 02763 | Filene's<br>PO Box 94868<br>Cleveland, OH 44101 | Kohl & Madden<br>PO Box 18090<br>Newark, NJ 07191 |
| Continental Label<br>C/O National Recovery Service<br>PO Box 183<br>Broadway, NJ 08808 | Filenes<br>111 Boulder Industrial Dr.<br>Bridgeton, MO 63044 | Label Art<br>PO Box 660<br>Wilton, NH 03086 |
| DFS Business Forms<br>500 Main Street<br>Groton, MA 01471 | First Premier Bank<br>PO Box 5519<br>Sioux Falls, SD 57117 | Mass Hauling<br>C/O Karimi & Homsy PC<br>268 Summer Street<br>Boston, MA 02270 |

| | | |
|---|---|---|
| Premier Bankcard<br>Premier/CSI-Dept SDPR<br>PO Box 2208<br>Vacaville, CA 95696 | Smith Print<br>Long Water Drive<br>Assinippi Park<br>Norwell, MA 02061 | WB Mason<br>PO Box 1111<br>Brockton, MA 02043 |
| Printegra<br>C/O Kream & Kream<br>PO Box 890117<br>East Weymouth, MA 02189 | Superior Offset<br>PO Box 976<br>Saugus, MA 01906 | WFS Financial<br>PO Box 51470<br>Ontario, CA 91761 |
| Providian<br>PO Box 660433<br>Dallas, TX 75266 | Transworld Systems Inc<br>10 Maguire Road #120<br>Lexington, MA 02421 | Winsted<br>917 SW 10th Street<br>Hallandale Beach, FL 33009 |
| Quill<br>PO Box 94081<br>Palatine, IL 60094 | Twin Oaks Member Services<br>PO Box 247<br>Kensington, CT 06037 | World Financial Network<br>National Bank<br>Victoria's Secret<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA 98121 |
| Ris Paper<br>PO Box 4027<br>Woburn, MA 01888 | U-Line<br>2200 South Lakeside Drive<br>Waukegan, IL 60085 | Xpedx<br>PO Box 18382<br>Chjcago, IL 60618 |
| Rockland Trust Company<br>288 Union Street<br>Rockland, MA 02370 | UPS<br>PO Box 361684<br>Columbus, OH 43236 | |
| Rossi Law Office<br>PO Box 17339<br>Smithfield, RI 02917 | Verizon Wireless<br>AMO Recoveries<br>7001 Peachtree IND Boulevard<br>Suite 320<br>Norcross, GA 30092 | Richard D. Smeloff<br>Smeloff & Associates<br>2 Batterymarch Park<br>Quincy, MA  02169 |
| Sir Speedy<br>230 Wood Road<br>Braintree, MA 02184 | Victoria's Secret<br>PO Box 659728<br>San Antonio, TX 78265 | |

**Served via electronic notification through the Bankruptcy Court**:

Doreen B. Solomon
P. O. Box 8250
Boston, MA  02114

John Fitzgerald
Office of the US Trustee
10 Causeway Street
Boston, MA  02222