UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND INSULATION CO., | Docket No. 04-12384-RGS |
| Plaintiff, | **JOINT MOTION TO EXTEND DISCOVERY DEADLINES** |
| V. | **SO AS TO PERMIT SETTLEMENT NEGOTIATIONS** |
| TRAVELERS CASUALTY AND SURETY CO., AS SUCCESSOR TO THE AETNA CASUALTY AND SURETY CO., | **TO PROCEED** |
| Defendant. | |

New England Insulation Co. (the "Plaintiff"), and Travelers Casualty and Surety Co., formerly known as The Aetna Casualty and Surety Co., and incorrectly sued as The St. Paul Travelers Companies, Inc. (the "Defendant") jointly move to extend discovery and other deadlines in the above-captioned proceeding, for a period of two months, in order to permit settlement discussions to proceed in an orderly manner. In support of this motion, Plaintiff and Defendant state as follows:

1. The initial scheduling conference in this case was held on Friday, June 30, 2005. At the time, Plaintiff was represented by James Michael Merberg, Esq. On September 9, 2005, Mr. Merberg filed a Motion to Withdraw as Counsel.

2. In November 2005, Plaintiff's new counsel, William Golden, Esq., met with counsel and representatives of Defendant at the offices of Defendant's counsel. At that meeting, the Parties agreed, at least preliminarily, on a framework for the settlement of this action.

Although client approvals remain to be received, and certain additional information is required, the Parties are optimistic that, given the opportunity, they will be able to resolve this matter without further litigation, and without need for trial.

3. The Parties are concerned, however, that the active litigation of this matter, and, in particular, the pursuit of aggressive discovery while settlement talks are ongoing, may complicate or even prevent an amicable settlement from occurring. This is a difficult case, involving lost instruments, business practices, and insurance issues that go back more than fifty years. In order to fully prepare their case, the Parties will require extensive document discovery, subpoenas to third parties, and depositions. Although the Parties have exchanged certain informal discovery, and intend to conduct certain other, limited discovery geared towards the preservation of testimony in this matter, that limited discovery will not be adequate if a litigated outcome is necessary. Far more extensive – and potentially acrimonious – discovery must begin almost immediately if the March 30, 2006 deadline is to be met.

4. The Parties believe that a brief extension of discovery and related deadlines will further the expeditious resolution of this matter. It will avoid contentious discovery practice, will provide the parties additional opportunities for meaningful settlement discussions, and will facilitate the amicable exchange of information, geared towards the settlement of this matter, under the protection of Fed. R. Evid. 408. Should settlement discussions fail, the Parties will expeditiously resume discovery, with the goal of completing it by the new deadline.

5. Under the circumstances, the two-month extension jointly requested herein is reasonable and should not result in any material delay in these proceedings.

**WHEREFORE**, the Parties respectfully request that the Court enter an order extending, by two months, the existing discovery and other deadlines. Fact discovery would be completed

by May 30, 2006; expert reports would be due July 30, 2006; expert discovery would be completed by September 30, 2006; and other deadlines would also move back by two months. In consideration of the advanced age of one witness, Theodore Brodie, Plaintiff has requested – and Defendant has agreed – that Plaintiff be entitled during the two-month period to take necessary steps to preserve and memorialize Mr. Brodie's testimony.

**NEW ENGLAND INSULATION CO.**

By its attorneys,

/s/ William B. Golden, Esq.
William B. Golden, Esq.
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, Suite 108
Braintree MA 02184
Phone (781) 848-9610
Fax (781) 848-9790
williamg@bbbs-law.com

**TRAVELERS CASUALTY AND SURETY CO.**

By its attorneys,

/s/ Eric B. Hermanson, Esq.
Eric Bradford Hermanson
BBO # 560456
Choate, Hall & Stewart
Two International Place
Boston MA 02110
Phone (617) 248-5000
Fax (617) 248-4000
ebh@choate.com