UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND INSULATION CO., ) | Docket No. 04-12384-RGS |
| ) | |
| Plaintiff, ) | **JOINT MOTION TO STAY** |
| ) | **DISCOVERY SO AS TO** |
| V. ) | **PERMIT MEDIATION TO** |
| ) | **PROCEED** |
| TRAVELERS CASUALTY AND SURETY ) | |
| CO., AS SUCCESSOR TO THE AETNA ) | |
| CASUALTY AND SURETY CO., ) | |
| ) | |
| Defendant. ) | |

New England Insulation Co. (the "Plaintiff"), and Travelers Casualty and Surety Co., formerly known as The Aetna Casualty and Surety Co., and incorrectly sued as The St. Paul Travelers Companies, Inc. (the "Defendant"), have agreed to mediate the above-captioned dispute. Therefore, the Parties are moving jointly for an order staying discovery to permit that mediation to proceed.

WHEREFORE, the Parties respectfully request that the Court order that:

1. Discovery in this matter is hereby stayed. Plaintiffs shall respond to the discovery requests that have already been served in the case, and additional, informal discovery may be provided as necessary to the mediation of this dispute, but no additional, formal discovery shall be allowed by either Party without leave of Court.

2. The stay shall remain in effect until the earlier of [a] the date the parties report the case to the Court as having been resolved, or [b] ten (10) days after the date either Party reports

to the Court, in good faith, that the Parties have reached impasse in their efforts to resolve the matter consensually.

Respectfully submitted,

**NEW ENGLAND INSULATION CO.**

By its attorneys,

/s/ William B. Golden, Esq.
William B. Golden, Esq.
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, Suite 108
Braintree MA 02184
Phone (781) 848-9610
Fax (781) 848-9790
williamg@bbbs-law.com

**TRAVELERS CASUALTY AND SURETY CO.**

By its attorneys,

/s/ Eric B. Hermanson, Esq.
Eric Bradford Hermanson
BBO # 560456
Choate, Hall & Stewart
Two International Place
Boston MA 02110
Phone (617) 248-5000
Fax (617) 248-4000
ebh@choate.com

4046400v1