UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


NEW ENGLAND INSULATION COMPANY

V.                                    CIVIL ACTION NO. 04-12384-RGS

ST. PAUL TRAVELERS COMPANIES, INC.


ORDER FOR STATUS REPORT


STEARNS, DJ.

IN THE INTEREST OF WORKING WITH COUNSEL TO ESTABLISH AN APPROPRIATE,

RELIABLE TRIAL SCHEDULE, THE FOLLOWING IS HEREBY ORDERED IN THE ABOVE-CAPTIONED

ACTION:

ON OR BEFORE **5:00 P.M.** ON **MARCH 12, 2007,** , A "JOINT STATUS REPORT" OF NO

MORE THAN FIVE PAGES, SIGNED BY COUNSEL WHO INTEND TO TRY THE CASE FOR EACH

PARTY, SHALL BE  ELECTRONICALLY FILED WITH THE CLERK.  THE JOINT REPORT SHALL

CONTAIN THE  FOLLOWING:

(1)  STATE WHETHER A CONFERENCE WITH THE COURT WOULD AT THIS TIME
      FACILITATE RESOLUTION OF ANY OF THE ISSUES SET OUT BELOW;

(2)  BRIEFLY DESCRIBE THE NATURE OF THE CASE AND THE MAJOR FACTUAL AND
      LEGAL ISSUES;

(3)  LIST ANY MOTIONS EXPECTED TO BE FILED BY COUNSEL;

(4)  WITHOUT DISCLOSING THE SUBSTANCE OF ANY DISCUSSIONS, STATE WHETHER

THERE HAVE BEEN SETTLEMENT DISCUSSIONS AND, IF SO, THE PROSPECTS OF SETTLEMENT;

(5)  STATE WHETHER:

         a.  Discovery is complete and, if not, how long it
              will take to complete discovery;
         b.  The case is ready for a Final Pre-Trial Conference;
         c.  The case is ready for trial.

(6)  STATE WHETHER A JURY TRIAL IS EXPECTED AND, IN ANY EVENT, HOW LONG

THE TRIAL IS EXPECTED TO LAST (ON A SCHEDULE OF 9:00 A.M. TO 1:00 P.M.);

(7)  PROVIDE ANY OTHER INFORMATION THAT COUNSEL WOULD LIKE THE COURT TO

BE AWARE OF.

FAILURE OF COUNSEL TO COMPLY WITH ANY OF THE DIRECTIONS SET FORTH IN
THIS ORDER MAY RESULT IN JUDGMENT OF DISMISSAL OR DEFAULT, OR THE IMPOSITION
OF OTHER SANCTIONS DEEMED APPROPRIATE BY THE COURT.


SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE


BY:


/s/ Mary H. Johnson


_____
Deputy Clerk


DATED: **2-14-07**