CHS DISCUSSION DRAFT
CONFIDENTIAL / AS OF 3-5-07

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEW ENGLAND INSULATION CO., | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 04-12384-RGS |
| | ) | |
| v. | ) | |
| | ) | |
| THE ST. PAUL TRAVELERS | ) | |
| COMPANIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's order of February 14, 2007, Plaintiff New England Insulation Co., Inc. ("NEIC") and Defendant Travelers Casualty and Surety Company ("Travelers"), formerly known as The Aetna Casualty and Surety Company ("Aetna"), and incorrectly sued as The St. Paul Travelers Companies, Inc., jointly state as follows:

### Statement of the Case

In this case, NEIC seeks insurance coverage for various asbestos-related claims, under certain policies that purportedly were issued by Aetna between 1954 and 1972 (the "Alleged Policies").

On October 2, 2006, following some preliminary discovery and an extensive mediation facilitated by Judge Charles B. Swartwood (Ret.), NEIC and Travelers executed a confidential settlement agreement. Under the terms of that agreement, the parties have eight months, from October 2, 2007, to satisfy certain contingencies, finish the production of documents, and complete certain "preservation discovery" that had not been completed at the time of the settlement. The settlement provides that NEIC, after eight months, and the satisfaction of the

CHS DISCUSSION DRAFT
CONFIDENTIAL / AS OF 3-5-07

specified contingencies, will file a stipulation of dismissal, which will operate <u>with</u> prejudice as to certain claims asserted against Travelers in this proceeding, and <u>without</u> prejudice, as to certain other claims.

In view of the parties' settlement, and subject to the satisfaction of the identified contingencies, the parties presently expect to file their Stipulation of Dismissal with the Court on or before Monday, June 4, 2007. In the meantime, the parties are actively working towards completing the discovery contemplated by the Settlement Agreement.[1] Although certain discovery disputes have arisen, those disputes are governed by the terms of the Discovery Reservation; thus, it is not presently anticipated that it will be necessary for either party to file any discovery or other motions with this Court.

Given the settlement that they have reached, the parties do not expect to go forward with a trial in this action, and do not believe that it is necessary for the Court to schedule a Final Pre-

---

[1] The settlement contains a reservation of rights (the "Discovery Reservation"), which provides that a failure by either party to cooperate in the timely completion of identified discovery will not prevent the filing of the Stipulation of Dismissal. However, the aggrieved party may later invoke the responding party's lack of cooperation in arguing for exclusion of evidence, limiting sanctions, or other appropriate relief, in the event of a future coverage proceeding between the parties.

CHS DISCUSSION DRAFT
CONFIDENTIAL / AS OF 3-5-07

Trial Conference, or to undertake any further planning towards a trial. Nor do the parties believe that a conference with the Court is necessary at this time.

                Respectfully submitted,

                NEW ENGLAND INSULATION CO.

                **By its attorneys,**

                /s/ William B. Golden, Esq.
                William B. Golden, Esq.
                Baker, Braverman & Barbadoro, P.C.
                50 Braintree Hill Park, Suite 108
                Braintree MA 02184
                Phone (781) 848-9610
                Fax (781) 848-9790
                williamg@bbbs-law.com

                TRAVELERS CASUALTY AND SURETY CO.

                By its attorneys,

                /s/ Eric B. Hermanson, Esq.
                John A. Nadas (BBO # 366200)
                Eric Bradford Hermanson (BBO # 560456)
                Choate, Hall & Stewart
                Two International Place
                Boston MA 02110
                Phone (617) 248-5000
                Fax (617) 248-4000
                ebh@choate.com

**4178307v1**