UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEW ENGLAND INSULATION CO., | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 04-12384-RGS |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVELERS CASUALTY AND SURETY CO., AS SUCCESSOR TO THE AETNA CASUALTY AND SURETY CO., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff New England Insulation Company ("NEIC"), and Defendant Travelers Casualty and Surety Company ("Travelers"), incorrectly sued as The St. Paul Travelers Companies, Inc., hereby agree and stipulate to the voluntarily dismissal of all claims in this action, as set forth below.

1. With respect to Count IV of the Complaint, this Stipulation of Dismissal shall operate <u>with</u> <u>prejudice</u>, and without costs.

2. With respect to Counts I, II and III of the Complaint, this Stipulation of Dismissal shall operate partially <u>with</u> <u>prejudice</u>, and partially <u>without</u> <u>prejudice</u>, as follows:

   A. Counts I, II, and III shall be dismissed <u>with</u> <u>prejudice</u>, and without costs, to the extent that these Counts arise out of any conduct that has taken place, or is alleged to have taken place, prior to the Execution Date set forth by the Parties below. This paragraph includes, but is not limited to, any conduct on the part of Travelers that may be alleged to constitute bad faith, unfair acts, fraud, breach of good faith and fair dealing, unfair business practices, or violations of any claim handling statute or regulation.

B. Counts I, II, and III shall be dismissed <u>with</u> <u>prejudice</u>, and without costs, to the extent that these Counts seek coverage for liabilities arising out or or relating to any Asbestos Bodily Injury Claims that have been resolved by settlement or judgment prior to the date this Stipulation of Dismissal is filed with the Court.

C. Counts I, II, and III shall be dismissed <u>without</u> <u>prejudice</u>, and without costs, to the extent that these Counts seek coverage for liabilities arising out of or relating to any Asbestos Bodily Injury Claims that are pending against NEIC on the date this Stipulation of Dismissal is filed with the Court;  or any Asbestos Bodily Injury Claims that are asserted against NEIC by third parties thereafter**.**

3. Nothing in this Stipulation of Dismissal is intended to dismiss or release any claims for relief that NEIC may have against any person, entity or party other than Travelers, all such rights and claims for relief being expressly reserved by NEIC, except as expressly set forth in the Settlement Agreement dated October 2, 2006.

Executed this 10th date of July, 2007 (the "Execution Date"):

| | |
|---|---|
| NEW ENGLAND INSULATION COMPANY | TRAVELERS CASUALTY AND SURETY COMPANY, INCORRECTLY SUED AS THE ST. PAUL TRAVELERS COMPANIES, INC., |
| /s/ William G. Golden | /s/ Eric B. Hermanson |
| William Golden, Esq. (BBO # 343020) Baker, Braverman & Barbadoro, P.C. 50 Braintree Hill Park, Suite 108 Braintree, MA 02184 Phone:  781-848-9610 | John A. Nadas (BBO # 366200) Eric B. Hermanson (BBO # 560256) Choate, Hall & Stewart Two International Place Boston, MA  02110 Phone:  (617) 248-5000 |